1-16058
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
SAFMARINE, INC.,

                Plaintiff,

     - against -

COLUMBIA CONTAINER LINES (USA) INC.,

                Defendant.
--------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 23 2010 ★
BROOKLYN OFFICE

MATSUMOTO, J.
CIVIL COMPLAINT
IN ADMIRALTY

MANN. M.J.

10 1825

     Plaintiff SAFMARINE, INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant COLUMBIA CONTAINER LINES (USA) INC., *in personam*, in a cause of action civil and maritime, alleges upon information and belief:

     1.  This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Shipping Act of 1984, as Amended, 46 U.S.C., App. Section 1701, *et seq*.

     2.  At all times hereinafter mentioned, plaintiff SAFMARINE, INC. was and still is a corporation organized and existing under the laws of the State of Delaware, and is authorized to do business in the State of New York, with principal offices and a place of business at 7 Giralda Farms, Madison, NJ 07940.

     3.  Upon information and belief and at all times hereinafter mentioned, defendant COLUMBIA CONTAINER LINES (USA) INC. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 175-11 148th Road, Jamaica, NY 11434.

4. On or about October 22, 2008, the shipper delivered t6o plaintiff at Jebel Ali Dubai certain goods consisting of nine (9) twenty-foot containers SAID TO CONTAIN: TRAVERTINE TILES, for the purpose of having the goods carried on the Vessel MAERSK JEDDAH to New York, there to be delivered to defendant, as consignee, all as set forth in Bill of Lading 751223389 (Exhibit A).

5. The cargo arrived in Houston on December 1, 2008, Freetime expired on December 8, 2008, demurrage began to accumulate on December 8, 2008, and the cargo was removed from the port on January 5, 2009.

6. Defendant accumulated 28 days demurrage on each of the nine containers, totalling $56,700.00.

7. Plaintiff issued Invoice No. USC0634006-751223389 to defendant for $56,700.00 (Exhibit B).

8. Plaintiff has performed all acts required to be performed by plaintiff.

9. Defendant has failed and refused and continues to fail and refuse to remit payment of $56,700.00, although duly demanded.

10. By reason of the foregoing, plaintiff has sustained damages in the amount of $56,700.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
December 1, 2006

>LAW OFFICES OF
>ALBERT J. AVALLONE & ASSOCIATES
>
>By_____
>    Albert J. Avallone - AA1679
>    Attorneys for Plaintiff
>    SAFMARINE, INC.
>    551 Fifth Avenue, Suite 1625
>    New York, NY  10176
>    (212) 696-1760

Credit Services Homepage
www.safmarine.com

This e-mail is intended exclusively for the addressee. If you are not the addressee you must not read, copy, use or disclose the e-mail nor the content; please notify us immediately [by clicking 'Reply'] and delete this e-mail.

**Safmarine**

**NON-NEGOTIABLE WAYBILL**

Waybill No.
SAFM
751223389

| | |
|---|---|
| **Shipper**<br>RELIANCE FREIGHT SYSTEMS LLC<br>PO BOX 32049<br>DUBAI<br>UAE | Booking No.<br>751223389<br><br>Export references<br><br>Service Contract<br>270637 |
| **Consignee**<br>COLUMBIA CONTAINER LINES USA INC,<br>175 - 11148 ROAD, JAMAICA NEW YORK 11343<br>UNITED STATES OF AMERICA<br>TEL:7189955071  FAX:7189955078 | This non-negotiable Waybill, which is issued instead of a Bill of Lading at the Merchant's request, is not a document of title to the Goods. Otherwise the contract evidenced by this Waybill is deemed to be a contract as defined in Article 1(b) of the Hague Rules. Carrier to exercise due care ensuring that delivery is made to the Consignee or his authorised representative. However, the Carrier shall not be liable for misdelivery, unless caused by the Carrier's negligence. In accepting this waybill, and/or taking delivery of the Goods and notwithstanding the non-signing of this waybill by the Merchant, the Merchant expressly accepts and agrees to all terms, conditions and exceptions of the Carrier's non-negotiable Waybill, (printed or not on the reverse of this document at Merchant's option and available from the Carrier or its agents and at Carrier's website indicated in the signature box below), as well as those printed, stamped or otherwise incorporated in this Waybill. |
| **Notify Party**<br>SAME AS CONSIGNEE | Onward inland routing ( For account and risk of Merchant) |
| | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| **Vessel**<br>MAERSK JEDDAH | **Voyage No.**<br>0821 | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| **Port of Loading**<br>Jebel Ali Dubai | **Port of Discharge**<br>HOUSTON,TX,USA. | |

**PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE**

| Kind of packages; description of goods; Marks and Numbers; Container No./Seal No. | Gross Weight | Measurement |
|---|---|---|
| 9 containers said to contain 217 PKGS<br>Cargo Description:<br>TRAVERTINE TILES/ TUMBIE<br>CD NO:  REQUIRED?<br>MSKU7770673  ML-AE0564839  20 DRY 8'6  24 PKGS  20954.400 KGS  20.0000 CBM<br>PONU0423055  ML-AE0564827  20 DRY 8'6  25 PKGS  20954.700 KGS  20.0000 CBM<br>MSKU5096248  ML-AE0588676  20 DRY 8'6  24 PKGS  20954.700 KGS  20.0000 CBM<br>MSKU7289396  ML-AE0588698  20 DRY 8'6  24 PKGS  20954.700 KGS  20.0000 CBM<br>MSKU7617725  ML-AE0588727  20 DRY 8'6  24 PKGS  20954.700 KGS  20.0000 CBM<br>PONU0279734  ML-AE0588715  20 DRY 8'6  24 PKGS  20954.700 KGS  20.0000 CBM<br>TTNU3379366  ML-AE0588907  20 DRY 8'6  24 PKGS  20954.700 KGS  20.0000 CBM<br>PONU0841380  ML-AE0588749  20 DRY 8'6  24 PKGS  20954.700 KGS  20.0000 CBM<br>PONU0672675  ML-AE0588716  20 DRY 8'6  24 PKGS  20954.700 KGS  20.0000 CBM<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT COLLECT<br>CY/CY<br>CY/CY | 188592.000 KGS | 180.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Documentation Fee - Origin | 275.00 | Per Bill of Lading | AED | 275.00 | |
| Handling Charge - Origin | 703.00 | Per Container | AED | 6327.00 | |
| Total: AED | | | Total: AED | 6602.00 | |

| Carrier's Receipt Total number of containers or packages received by Carrier.<br>9 containers | Place of Issue of Waybill<br>Dubai | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date<br>2008-10-22 | Date of Issue of Waybill<br>2009-01-03 | |
| Declared Value Charges (see clause 7.3 of Carrier's Waybill or Bill of Lading) for Declared Value of US$ | | |

Signed by the Carrier Safmarine Container Lines N.V.
www.safmarine.com

**EXHIBIT "A"**

Safmarine

**Demurrage Invoice**

9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

Invoice Number: USC0634006-751223389
Invoice Date: 02-SEP-09
Due Date: 16-JAN-09
B/L number: 751223389

Payer:
COLUMBIA CONTAINER LINES (USA) INC
11 N MONTAGUE ST
VALLEY STREAM NY 11580

Customer No.: 33100427249
Your VAT No.:
Your reference:

Our Contact:
Our Phone No.:

Attention of: Accounts Payable
Activity Location: USHOUTM

| Place of receipt: | Place of delivery: | First Vessel: | Main Vessel: | Arrival Vessel: |
|---|---|---|---|---|
| Jebel Ali Duba | Houston | MAERSK JEDDAH | MAERSK MADRID | MAERSK MADRID |
| Sailing date: | Arrival Date: | First Voyage: | Main Voyage: | Arrival Voyage: |
| 22-OCT-08 | 01-DEC-08 | 0821 | 0816 | 0816 |

| Container No: | Type: | Freetime start: | Freetime end: | Unit days: | Demurrage start: | Demurrage end: | Unit days: |
|---|---|---|---|---|---|---|---|
| MSKU5096248 | 20DRY | 02-12-08 | 08-12-08 | 7 | 09-12-08 | 05-01-09 | 28 |
| MSKU7289396 | 20DRY | 02-12-08 | 08-12-08 | 7 | 09-12-08 | 05-01-09 | 28 |
| MSKU7617725 | 20DRY | 02-12-08 | 08-12-08 | 7 | 09-12-08 | 05-01-09 | 28 |
| MSKU7770673 | 20DRY | 02-12-08 | 08-12-08 | 7 | 09-12-08 | 05-01-09 | 28 |
| PONU0279734 | 20DRY | 02-12-08 | 08-12-08 | 7 | 09-12-08 | 05-01-09 | 28 |
| PONU0423055 | 20DRY | 02-12-08 | 08-12-08 | 7 | 09-12-08 | 05-01-09 | 28 |
| PONU0672675 | 20DRY | 02-12-08 | 08-12-08 | 7 | 09-12-08 | 05-01-09 | 28 |
| PONU0841380 | 20DRY | 02-12-08 | 08-12-08 | 7 | 09-12-08 | 05-01-09 | 28 |
| TTNU3379386 | 20DRY | 02-12-08 | 08-12-08 | 7 | 09-12-08 | 05-01-09 | 28 |

| Container No: | Rate ( USD ) | Days | Sum ( USD ) | Subtotal ( USD ) |
|---|---|---|---|---|
| MSKU5096248 | 225.00 | 28 | 6,300.00 | 6,300.00 |
| MSKU7289396 | 225.00 | 28 | 6,300.00 | 6,300.00 |
| MSKU7617725 | 225.00 | 28 | 6,300.00 | 6,300.00 |
| MSKU7770673 | 225.00 | 28 | 6,300.00 | 6,300.00 |
| PONU0279734 | 225.00 | 28 | 6,300.00 | 6,300.00 |
| PONU0423055 | 225.00 | 28 | 6,300.00 | 6,300.00 |
| PONU0672675 | 225.00 | 28 | 6,300.00 | 6,300.00 |
| PONU0841380 | 225.00 | 28 | 6,300.00 | 6,300.00 |
| TTNU3379386 | 225.00 | 28 | 6,300.00 | 6,300.00 |

Total due: ( USD ): 56,700.00

Total due amount ( USD ): 56,700.00

ROE:        USD / USD 1

EXHIBIT "B"